RANDY S. GROSSMAN
Acting United States Attorney
KAREEM A. SALEM
Assistant U.S. Attorney
California Bar No: 288906
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8904

Attorneys for the United States

**FILED**
AUG 0 3 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___TH___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Google LLC<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>mayssawyer628@gmail.com | Case No.: 20MJ3733<br><br>**MOTION AND ORDER TO UNSEAL APPLICATION, AFFIDAVIT, AND SEARCH WARRANT** |

The UNITED STATES OF AMERICA, by and through its counsel, RANDY S. GROSSMAN, Acting United States Attorney, and Kareem A. Salem, Assistant United States Attorney, hereby moves the Court to unseal the following sealed matter:

| Case No. | Description |
|---|---|
| 20mj3733 | Application, Affidavit, and Search Warrant for Google account associated with "mayssawyer628@yahoo.com" |

//
//
//
//

A United States Navy Sailor was arrested and charged under the Uniform Code of Military Justice as a result of the investigation that the above documents were executed in furtherance of. The United States requests this matter be unsealed so it may be disclosed to the Navy Sailor's legal defense team in the related case.

Respectfully Submitted,

RANDY S. GROSSMAN
Acting United States Attorney

DATED: August 2, 2021

KAREEM A. SALEM
Assistant U.S. Attorney

**SO ORDERED.**

DATED: August 2, 2021

HON. LINDA LOPEZ
United States Magistrate Judge

*Motion and Order to Unseal*